■ TRUSTEES OF HAMILTON COLLEGE, Respondents, v MARY F. CUNNING-HAM, Appellant, et al., Defendants. (Appeal No. 2.)—Order unanimously affirmed, without costs. Same memorandum as in *Trustees of Hamilton Coll. v Cunningham* (70 AD2d 1049). (Appeal from order of Oneida Supreme Court —summary judgment.) Present—Simons, J. P., Hancock, Jr., Schnepp, Doerr and Witmer, JJ.